UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MID COLUMBIA ENGINEERING, INC., <br><br> Plaintiff, <br><br> v. <br><br> ENERGYSOLUTIONS FEDERAL EPC, INC., <br><br> Defendant. | CASE NO.: 4:14-CV-5113-TOR <br><br> ORDER GRANTING STIPULATED MOTION TO DISMISS |

BEFORE THE COURT is the parties' Stipulated Motion for Dismissal With Prejudice (ECF No. 26).  The parties have stipulated to the dismissal of this case with prejudice with each party to bear its own fees and costs.  *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

//

//

//

//

//

ORDER GRANTING STIPULATED MOTION TO DISMISS ~ 1

**IT IS ORDERED**:

The parties' Stipulated Motion for Dismissal With Prejudice (ECF No. 26) is **GRANTED**. The above entitled action in its entirety is **DISMISSED** with prejudice and with each party to bear its own fees and costs.

The District Court Executive is directed to enter this Order, provide copies to counsel, and **close** the file.

**DATED** February 10, 2016.



THOMAS O. RICE
Chief United States District Judge

ORDER GRANTING STIPULATED MOTION TO DISMISS ~ 2